AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>TRAVIS EUGENE SMALLWOOD<br><br>*Defendant(s)* | Case No. **8:16 MJ 1719 AEP** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 25, 2016** in the county of **Polk** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 47 U.S.C. § 223(a)(1)(A) | Making obscene or harrassing telephone calls in interstate and foreign communications. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Timothy Judah Pent, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/3/16

_____
Judge's signature

City and state: Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, TIMOTHY JUDAH PENT, being duly sworn, hereby depose and state:

I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed with the FBI since April 14, 2009, and was assigned as a Special Agent on January 17, 2011. I am presently assigned to the Lakeland Resident Agency of the FBI's Tampa Field Office where my duties include investigating Organized Crime, Money Laundering, Violent Crimes and other major federal violations. I have received training in Criminal Enterprise Organizations and Money Laundering investigations, including attendance at in-service training sponsored by the FBI and on-the-job training. I have participated in investigations which utilized Title III investigations and telephone records to effectively identify subjects and gather evidence. I have used Global Positioning System (GPS) information obtained through mobile phones to successfully locate persons who are the subjects of criminal investigations. Through various investigative methods, I have collected more than 100 consensually recorded conversations for evidentiary purposes. In addition, I have drafted dozens of search warrants that resulted in valuable evidence collection, millions of dollars in seized assets and numerous subjects agreeing to proffer. I am in regular contact with law enforcement personnel who specialize in the areas of Criminal Enterprises and Violent Crimes. As a federal agent, I am authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute search warrants issued under the authority of the United States.

This affidavit is being submitted for the limited purpose of securing a criminal complaint. It contains information both personally known to me as well as information provided to me by law enforcement officers with the Polk County Sheriff's Office ("PCSO") and other local law enforcement officials. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Travis Eugene Smallwood ("SMALLWOOD ") has committed violations of Title 47, United States Code, Section 223(a)(1)(A), Obscene or harassing telephone calls in the District of Columbia or in interstate or foreign communications. Section 223(a)(1)(A) provides, in relevant part, as follows:

Prohibited acts generally

Whoever—

(1) In interstate or foreign communications
    (A)    by means of a telecommunications device knowingly

        (i)    makes, creates, or solicits, and
        (ii)    initiates with the transmission of, any comment, request, suggestion, proposal, image, or other communication which is obscene or child pornography, with intent to abuse, threaten, or harass another person

Shall be fined under Title 18 or imprisoned not more than two years, or both.

## PROBABLE CAUSE

1. On or about August 25, 2016, PCSO notified the FBI that a subject, who identified himself to be "Timothy Bruin," had made thousands of harassing phone calls to various business call centers throughout the United States, including

2

the Middle District of Florida. A number of the phone calls included obscene comments, requests and suggestions regarding sexual encounters "Bruin" claimed to have with young girls between the ages of seven and fourteen years old.

2. Between in or about February 2015 to on or about September 4, 2016, PCSO received numerous complaints from businesses who received obscene and harassing phone calls from "Bruin." The following table is a synopsis of several of the referenced complaints; however, only the initials of the businesses are used:

| DATE | REPORTING BUSINESS | INCOMING PHONE NUMBER | CONVERSATION |
|---|---|---|---|
| 03/10/2016 | S.A.H., New York | 863-258-1692 | Caller identified himself to be Tim. Caller stated that he was sexually abusing his 10-year-old cousin. |
| 05/02/2016 | F.S.U. Winter Park, Florida | 917-287-2573 | The caller identified himself to be Tim. The caller stated "talk to me while I cum inside my daughter." The caller proceeded to make noises that were sexual in nature. |
| 06/28/2016 | O.N.H., Atlanta, Georgia | 863-258-1692 | An "anonymous" caller (determined to be the same caller as the other referenced calls) reported that Tim Bruin was having sex with two minor children. One |

3

| | | | |
|---|---|---|---|
| | | | child was a family member and the other was a friend's daughter. |
| 07/16/2016 | U.H.C., Hopkins, Minnesota | 917-287-2573 | Caller identified himself to be Timothy Bruin. Caller stated he was having inappropriate relations with his 13-year-old cousin. |
| 08/26/2016 | U.H.G. New York | 863-258-1692 | Caller identified himself to be Timothy Bruin. Caller stated he was sexually abusing his 13-year-old cousins/nieces. Caller advised he has sexual intercourse with the young females, and he is concerned about getting them pregnant. |
| 08/17/2016 | B.A. | 917-287-2573 | The caller told a phone operator he was alone with a 5-year-old girl watching movies. The phone operator recognized the caller to be the same individual who several months earlier called and said, "I like your voice, I like you a lot, I'd stick it all the way in for you... but please don't hang up, just stay on the line until I squirt." |

3. On or about September 9, 2016, the Winter Haven Police Department ("WHPD") advised that they had also received numerous complaints regarding

4

"Timothy Bruin." It appeared that "Bruin" made frequent harassing and obscene phone calls to business call centers throughout the U.S. claiming he was sexually assaulting underage girls. Based on WHPD records, the first reported incident occurred on or about April 8, 2014. To date, WHPD has received and documented more than 30 complaints from businesses who received harassing phone calls from "Bruin." Some of the businesses reported that "Bruin" had called them dozens of times. The following table is a synopsis of several of the referenced complaints:

| DATE | REPORTING BUSINESS | INCOMING PHONE NUMBER | CONVERSATION |
|---|---|---|---|
| 04/25/2014 | W.C.T. Erie, Pennsylvania | 863-258-1692 | Caller identified himself to be Timothy Bruyan. Caller stated that he was masturbating in front of his eight-year-old daughter. |
| 05/24/2015 | P.T. Vagan, Minnesota | 863-258-1692 | Caller identified himself as Timothy Bruin. Caller stated that he was in his living room watching pornography and possibly masturbating with an 8-year-old girl |
| 02/16/2016 | U.B.H. Oakland, California | 863-968-3804 | Caller identified himself to be Timothy Bruyan. Caller stated that he was currently sexually |

5

| | | | |
|---|---|---|---|
| | | | assaulting a 9-year-old child. |
| 03/19/2016 | U.H.C. Hopkins, Minnesota | 917-287-2573 | Caller identified himself to be Tim Bruin. Caller stated that he had sex with an 8-year-old female child that had been left in his care. |
| 09/07/2016 | C.H. Dallas, Texas | 917-287-2573 | Caller identified himself to be Tim Bruin. Called stated that he is at home with a 12-year-old girl. He further advised that he was afraid to be along with the young girl because he would do something to her. The caller requested that the phone operator stay on the line while he climaxed. |

4. On multiple calls, "Bruin" claimed several different Winter Haven, Florida locations to be his residence address. He also provided variations to his name and utilized a fraudulent social security number. Upon review of both PCSO and WHPD reports, it appeared "Bruin" provided the following information to identify himself:

**Name**

   1.) Timothy Bruin
   2.) Timothy Bruyan

6

3.) Steven Alexander

**Residence Address**

1.) 1421 1st Street N, Winter Haven, Florida
2.) 25 Sycamore Street, Winter Haven, Florida
3.) 1141 1st Street N, Winter Haven, Florida
4.) 1141 2nd Street N, Winter Haven, Florida

**SSN**

1.) Ending in 9201

Based on a review of Clear, a law enforcement database, it was apparent that "Bruin's" stated identity and residence address were fictitious. In addition, the social security number used by "Bruin" belonged to an unrelated individual.

**"BRUIN'S" TELEPHONE NUMBERS**

2. As shown in the previous tables, during "Bruin's" obscene phone calls, the phone operator's caller ID would display one of the following numbers:

**Phone Numbers**

1.) (863) 258-1692
2.) (863) 206-0940
3.) (863) 968-3804
4.) (917) 287-2573

2. Three out of the four telephone numbers have an 863 area code, which is designated for Polk County and areas of central Florida.

3. Due to concerns that "Bruin" was sexually assaulting young females, WHPD obtained subscriber and location information for telephone number (863) 206-0940. AT&T reported that the phone number belonged to B.I., a resident of

7

Auburndale, Florida. A WHPD detective located and interviewed B.I. During the interview B.I. advised he never made any obscene phone calls to "1-800" numbers. B.I. voluntarily consented to a search of his cellular phone, and detectives determined from B.I.'s call history that he was not "Bruin."

4. In or about February 2016, investigators made further efforts to determine "Bruin's" true identity by calling telephone number (863) 258-1692. A message was left on the phone's voicemail requesting a call-back. Several hours later, a call was received from S.K., who reported that her teenage daughter currently used a cell phone with phone number (863) 258-1692. Thus, it appeared that both (863) 206-0940 and (863) 258-1692 were not telephone accounts associated to "Bruin." Instead, "Bruin" likely "spoofed" the referenced telephone numbers. In my training and experience, I know that "spoofed" numbers are used by callers to mask their identity by calling through a system that enables them to choose which numerical digits are displayed on the receiver's caller ID.

5. On or about February 29, 2016, a WHPD officer called telephone number (863) 968-3804; the call was not answered. Upon review of records later provided by AT&T Mobility (referenced below), it appeared that the officer's call had been forwarded to telephone number (917) 287-2573. Telephone number (917) 287-2573 is one of the four telephone numbers used by "Bruin" to make obscene phone calls.

6. PSCO obtained subscriber and call logs from AT&T Mobility pertaining to (917) 287-2573. Records revealed that between on or about March 2, 2016 and on

8

or about August 3, 2016, telephone number (917) 287-2573 had been used to make approximately 11,500 outgoing phone calls. Very few of the call records showed incoming calls, and most of the outgoing calls were to a variety of business call centers who previously reported they received numerous harassing phone calls from "Bruin." Therefore, it appears that telephone number (917) 287-2573 is a phone account used by "Bruin" to make the previously referenced obscene and harassing phone calls.

7. On or about August 3, 2016, a search warrant authorized by a Circuit Court Judge for the 10th Judicial Circuit was served on AT&T Mobility to obtain locational data concerning cellular phone (917) 287-2573. Upon receipt of the locational data, investigators noted that the phone often pinged at truck stops and commercial distribution warehouses throughout the U.S. For example, on or about August 3, 2016, the phone was located at Kraft Foods in Garland, Texas, and several days later, the phone was stationary from on or about August 6, 2016, until on or about August 8, 2016, at Hillshire Foods in New London, Wisconsin. Local law enforcement officers in both Garland, Texas and New London, Wisconsin reviewed truck log records at Kraft Foods and Hillshire Foods to determine who had been present at those locations concurrent with the phone. At Hillshire Foods, the only truck logged-in from August 6, 2016 until August 8, 2016, was Florilli Transportation truck number 8350 operated by TRAVIS SMALLWOOD. While there were a number of trucks located at Kraft Foods on August 3, 2016, SMALLWOOD was one of the drivers present. Thus, it appeared that SMALLWOOD was the only

9

individual who was located at both Kraft Foods and Hillshire Foods during the same time-frame as the cellular phone associated with telephone number (917) 287-2573. Based on the information stated above, it was determined that telephone number (917) 287-2573 had been used to make obscene and harassing telephone calls, and the subject who utilized the phone was TRAVIS SMALLWOOD. SMALLWOOD was further identified to be:

| | |
|---|---|
| **Name:** | Travis Eugene Smallwood |
| **Date of Birth:** | September 26, 1978 |
| **Residence Address:** | 1504 Ramsgate Lane Apt. D, Lynchburg, VA 24501 |
| **Employment:** | Truck Driver for Florilli Transportation, LLC, truck number 8350 |

## SMALLWOOD'S SOCIAL MEDIA ACCOUNTS

8. Upon identification of SMALLWOOD, investigators conducted open-source research to determine whether SMALLWOOD utilized any social media accounts. Research revealed that SMALLWOOD used both Facebook and Google+ to make public posts about his personal life as well as his employment as a commercial truck driver. The following social media accounts were associated with SMALLWOOD:

### Facebook Usernames

1.) "Cowboy Up"
2.) "Black Velvet Truck 8350"

### Google+ Usernames

1.) "Travis Smallwood" (plus.google.com/117009702812120169592)

10

   2.) "Travis Smallwood" (plus.google.com/100819294562169951343)
   3.) "Cowboy's Trucking Page!!!!"

Upon review of the referenced accounts, multiple pictures were observed that matched SMALLWOOD's driver's license photograph and his known black, 2017 Peterbuilt truck tractor, number 8350 with Iowa license plate SA2540.

   2.   On or about September 14, 2016, I observed a public post made by SMALLWOOD, using Facebook profile "Cowboy UP." The post, created on September 10, 2016 stated, "Still looking for that SMOKING HOT BLONDE ILLINOIS STATE TROOPER that pulled me over on Interstate 88. Sweetheart you stole my heart and I want it back!!!!" In his post, SMALLWOOD included a picture of what appeared to be a signature block at the bottom of a traffic citation; the document was signed by C. C. I contacted the Illinois State Police (ISP) and spoke to C.C. regarding the referenced citation. I provided C.C. with SMALLWOOD's Facebook post, a driver's license photograph of SMALLWOOD and a recorded telephone call made by "Bruin" to F.S.U. located in Winter Haven, Florida. After reviewing the documentation provided, C.C. recalled making a commercial vehicle stop of SMALLWOOD in in or about March 2015. C.C. advised that SMALLWOOD had made a number of inappropriate comments to her during the stop. C.C. advised that a dash-cam recording of the commercial vehicle stop was still maintained in ISP records and could be reviewed to determine whether SMALLWOOD's voice was the same as "Bruin's." Upon review of the recording, C.C. stated that she recognized SMALLWOOD's voice in the traffic stop to be the

11

same as "Bruin's" voice in the F.S.U. phone call.

3. On or about September 27, 2016, the FBI received a copy of the dash-cam recording of the ISP commercial vehicle stop of SMALLWOOD. I reviewed the recording and recognized SMALLWOOD's voice to be the same as "Bruin's" voice as heard in all of the available recorded phone calls to various business call centers. Thus, it appeared that SMALLWOOD, by using "Timothy Bruin" and other fictitious identifiers, had made thousands of harassing phone calls without disclosing his true identity.

## INTERVIEW OF VICTIM'S LOCATED IN THE MIDDLE DISTRICT OF FLORIDA

4. Based on call logs for telephone number (917) 287-2573, it appeared that SMALLWOOD called the P.R.C. in Polk County, Florida more than 90 times between on or about March 1, 2016 and on or about August 1, 2016.

5. On or about October 20, 2016, T.A. was interviewed by the FBI due to her previous employment with P.R.C. T.A.'s duties with PRC had included answering incoming telephone calls during the overnight shift. T.A. remembered receiving numerous calls from "Tim Bruin" while she was employed by P.R.C. On several of the telephone calls, "Bruin" told T.A. that he was having inappropriate sexual relationships with underage children. T.A. was disturbed by "Bruin's" calls, and she stated he made her feel "sick to her stomach."

6. Further review of call logs for telephone number (917) 287-2573 revealed that SMALLWOOD called F.S.U. in Polk County, Florida more than 130

times between on or about February 28, 2016 and on or about May 13, 2016.

7.   On or about October 21, 2016, E.K. was interviewed by the FBI due to her employment with F.S.U. E.K. was a phone operator for F.S.U., and her duties included answering and routing telephone calls. E.K. remembered taking numerous calls from "Timothy Bruin" while employed by F.S.U. E.K. particularly recalled one night when "Bruin" called and asked E.K. to stay on the phone while "I cum inside my daughter." E.K. was deeply disturbed by "Bruin's" frequent phone calls, and she considered "Bruin" to be both harassing and obscene in his many telephone conversations with her.

## SMALLWOOD'S TRUCK TRACTOR

8.   Based on previously referenced shipping traffic records obtained from Hillshire and Kraft foods, SMALLWOOD was recorded as the driver of truck number 8350 which was owned by Florilli Transportation LLC. Upon review of SMALLWOOD's social media accounts, SMALLWOOD posted numerous pictures of a truck tractor he drove. The truck tractor was a black, Peterbuilt with Iowa license plate SA2540, and "8350" was displayed in white letters on the truck's hood. A vehicle registration query for a truck tractor with Iowa license plate SA2540 revealed the truck was a 2017 Peterbuilt truck tractor, unit 8350 and owned by Florilli Transportation LLC.

## CONCLUSION

9.   Based on the foregoing, there is probable cause to believe that SMALLWOOD has committed violations of Title 47, United States Code, Section

13

223(a)(1)(A), Obscene or harassing telephone calls in the District of Columbia or in interstate or foreign communications.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Timothy Judah Pent, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
This 3rd day of November 2016

ANTHONY E. PORCELLI
United States Magistrate Judge

C:\Users\lvito\AppData\Local\Temp\notesCE1A4B\x_Affidavit for Complaint.doc

14